UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RAMONA WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 1:04-cv-1324- TAB-RLY |
| | ) |
| SAM'S EAST, INC., | ) |
| | ) |
| Defendant. | ) |

FINAL JUDGMENT

This action came before the Court for a trial by jury. The issues were tried and the jury rendered its verdict in favor of the Defendant.

Pursuant to Rule 58, final judgment is entered in this matter in favor of the Defendant and against the Plaintiff.

Dated: __08/26/2005__      _____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Thomas L. Davis
LOCKE REYNOLDS LLP
tdavis@locke.com

Eric A. Riegner
LOCKE REYNOLDS LLP
eriegner@locke.com

Bradford James Smith
NUNN LAW OFFICE
bjsmith@kiva.net